LANGEVER v. STITT.

(Circuit Court of Appeals, Fifth Circuit. November 20, 1916.)

No. 2878.

BANKRUPTCY ⊚⇒396(4)—EXEMPTIONS—RIGHT TO—BENEFICIARY.

A bankrupt, head of a family, is not, either under the Texas statutes relating to exemptions of heads of families or under the common law, entitled to claim as exempt a diamond ring worth upwards of $100, long worn by him as an ornament.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 659; Dec. Dig. ⊚⇒396(4).]

Appeal from the District Court of the United States for the Eastern District of Texas; Edward R. Meek, Judge.

In the matter of J. J. Langever, bankrupt. J. W. Stitt, trustee, refused to set aside as exempt a diamond ring possessed by the bankrupt, and on certificate the order of the referee denying the exemption was affirmed, whereupon the bankrupt appeals. Affirmed.

The following is the opinion of Meek, District Judge:

At the time J. J. Langever filed his voluntary petition in bankruptcy, the record reveals he was the head of a family, residing in Ft. Worth, Tex. He possessed a diamond ring worth about $150, which he had long worn for ornament on a finger of his left hand. He claimed this ring as exempt to him. The trustee of the estate refused to set it off to him. The bankrupt excepted to the action of the trustee, and the referee overruled the exception and directed the delivery of the ring to the trustee. The question is now before me on certificate of the referee.

After considering the briefs of counsel, both for the claimant, the bankrupt, and the trustee, I am constrained to hold that the bankrupt is not entitled to have exempted to him and to retain possession of the diamond ring under any provisions of the exemption statutes of the state of Texas relating to and fixing exemptions to heads of families, or under any provisions of the common law applicable here. An order will therefore be entered, approving and affirming the order heretofore entered herein by the referee. In event my engagements will permit, I reserve the right later to prepare and file an opinion in this case.

Chas. T. Rowland, of Ft. Worth, Tex., for appellant.

George W. Steere, of Ft. Worth, Tex., for appellee.

Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find no reversible error in the order appealed from, and the same is affirmed.

⊚⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes